The London Assurance Corporation, Appellant, v. Horatio C. King, Respondent.— Judgment reversed, and judgment ordered for plaintiff as directed in opinion, without costs of appeal.— Appeal from judgment entered upon report of a referee.—

Per Curiam : The question presented in this case is substantially the same as that presented in the case of *London Assurance Corporation* v. *Thompson (ante,* p. 64). For the reasons assigned for the decision in that case, the judgment appealed from is reversed and judgment directed for the plaintiff against the defendant for his share of one-sixteenth of the value of the turpentine in the sheds of Downing & Co., at Brunswick, Ga., destroyed by fire, and which was covered by the policy issued by the plaintiff, such amount to be ascertained upon the settlement of the judgment upon this appeal. Present — Van Brunt, P. J., Rumsey, Patterson, O'Brien and Ingraham, JJ.

The London Assurance Corporation, Appellant, v. William B. Dinsmore, Respondent.— Judgment affirmed, with costs.— Appeal from judgment entered upon report of a referee.—

Per Curiam : In this case the learned referee held that the evidence was insufficient to sustain the defendant's counterclaim, asking that the policy should be reformed, but he allowed the plaintiff to recover for the loss upon the turpentine stored in the sheds of Downing & Co., and which was destroyed by fire, and fixed the defendant's liability at thirty-four dollars and nine cents, for which sum he directed judgment. For the reasons stated upon the decision of the appeal in the *Thompson Case (ante,* p. 64), we agree with the referee in limiting the loss to the turpentine destroyed. We think, therefore, that the judgment in this case was right, and it is affirmed, with costs to the respondent. Present - Van Brunt, P. J., Rumsey, Patterson, O'Brien and Ingraham, JJ.